Form 8

FORM 8. Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

SHERIDAN TRANSPORTATION v. GSA

No. 2015-1858

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se   [✓] As counsel for: SHERIDAN TRANSPORTATION
                                 Name of party

I am, or the party I represent is (select one):

[ ] Petitioner   [ ] Respondent   [ ] Amicus curiae   [ ] Cross Appellant
[✓] Appellant    [ ] Appellee     [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant   [ ] Respondent or appellee

My address and telephone are:

Name: EARL E. CLOUD, JR.
Law firm: CLOUD AND CLOUD
Address: 805 MADISON STREET, SUITE 1A
City, State and ZIP: HUNTSVILLE, AL 35801
Telephone: 256-533-9480
Fax #: 256-533-9483
E-mail address: EECLAW@BELLSOUTH.NET

Statement to be completed by counsel only (select one):

[✓] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[ ] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): _____

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[✓] Yes   [ ] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

08-07-2015                              /s/ Earl E. Cloud, Jr.
Date                                    Signature of pro se or counsel

cc: Mark E. Porada, United States Department of Justice

Form 30

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on  Aug 7, 2015  by:

☐ US mail
☐ Fax
☐ Hand
☒ Electronic Means
   (by email or CM/ECF)

| Earl E. Cloud, Jr. | /s/ Earl E. Cloud, Jr. |
| Name of Counsel | Signature of Counsel |

Law Firm: Cloud and Cloud
Address: 805 Madison Street, Suite 1A
City, State, ZIP: Huntsville, AL 35801
Telephone Number: 256-533-9480
FAX Number: 256-533-9483
E-mail Address: eeclaw@bellsouth.net

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.