Form 8

FORM 8. Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Sheridan Transportation Systems, Inc. v. G. S. A., et al.

No. 15-1858

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se      [✓] As counsel for:   Sheridan Transportation Systems, Inc.
                                      Name of party

I am, or the party I represent is (select one):

[ ] Petitioner   [ ] Respondent   [ ] Amicus curiae   [ ] Cross Appellant
[✓] Appellant    [ ] Appellee     [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant    [ ] Respondent or appellee

My address and telephone are:

Name:                John E. McCulley
Law firm:            John E. McCulley, P. C.
Address:             P. O. Box 20576
City, State and ZIP: Tuscaloosa, AL  35402
Telephone:           205-345-6773
Fax #:
E-mail address:      johnemcculley@gmail.com

Statement to be completed by counsel only (select one):

[ ] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[✓] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): _____

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[✓] Yes   [ ] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

8-7-15
Date

Signature of pro se or counsel

cc: _____

123

Form 30

**FORM 30. Certificate of Service**

**UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT**

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on  Aug 7, 2015
by:

- ☐ US mail
- ☐ Fax
- ☐ Hand
- ☒ Electronic Means
    (by email or CM/ECF)

| John E. McCulley | /s/ John E. McCulley |
|---|---|
| Name of Counsel | Signature of Counsel |

Law Firm: John E. McCulley, P. C.

Address: P. O. Box 20576

City, State, ZIP: Tuscaloosa, AL 35402

Telephone Number: 205-345-6773

FAX Number: 205-345-9561

E-mail Address: johnemcculley@gmail.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.